**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 372 EAL 2018

          Respondent           :

                              :   Petition for Allowance of Appeal from
                              :   the Order of the Superior Court

          v.                    :

                              :

BRIAN DAVIS,                   :

                              :

          Petitioner          :

<u>**ORDER**</u>

**PER CURIAM**

    **AND NOW**, this 2nd day of January, 2019, the Petition for Allowance of Appeal is **DENIED**.